**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CALIFORNIA PIZZA KITCHEN, INC., *et al.*, [1] | ) Case No. 20-33752 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Emergency Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 4]

- Declaration of James Hyatt, Chief Executive Officer of California Pizza Kitchen, Inc., in Support of the Chapter 11 Petitions and First Day Motions [Docket No. 5]

- Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Compile a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information, (IV) Limit Notice Required Under Bankruptcy Rule 2002, and (V) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information [Docket No. 8]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  California Pizza Kitchen, Inc. (0623); California Pizza Kitchen of Annapolis, Inc. (4806); CPK Holdings Inc. (2486); CPK Hospitality, LLC (3536); CPK Management Company (1196); CPK Spirits, LLC (3614); and CPK Texas, LLC (3574).  The location of the Debtors' service address in these chapter 11 cases is: 12181 Bluff Creek Drive, 5th Floor, Playa Vista, California 90094.

- Debtors' Emergency Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 9]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and (II) Honor Certain Prepetition Obligations Related Thereto [Docket No. 14]

- Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (II) Continue to Perform Intercompany Transactions, and (III) Maintain Existing Business Forms [Docket No. 15]

- Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter Into New Financing Agreements in the Ordinary Course of Business [Docket No. 16]

- Debtors' Emergency Motion for Entry of an Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No. 17]

- Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of California Pizza Kitchen, Inc. and its Debtor Affiliates [Docket No. 18]

- Joint Chapter 11 Plan of Reorganization of California Pizza Kitchen, Inc. and its Debtor Affiliates [Docket No. 19]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Lien Claimants, (B) 503(b)(9) Claimants, and (C) PACA Claimants, and (II) Confirming Administrative Expense Priority of Outstanding Orders [Docket No. 20]

- Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto [Docket No. 21]

- Debtors' Emergency Motion for Entry of an Order Authorizing the Payment of Taxes and Fees [Docket No. 22]

- Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 23]

- Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs [Docket No. 24]

- Debtors' Emergency Motion for Entry of an Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 25]

- Debtors' Emergency Motion for Entry of Interim and Final Orders Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation [Docket No. 26]

- Debtors' Motion for Entry of an Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [Docket No. 27]

- Debtors' Motion for Entry of an Order (I) Establishing Bidding Procedures, (II) Approving Bid Protections, and (III) Scheduling Certain Dates with Respect Thereto [Docket No. 28]

- Debtors' First Omnibus Motion Seeking Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) Abandonment of Certain Personal Property, if any, Each Effective as of the Petition Date [Docket No. 29]

- Debtors' Second Omnibus Motion Seeking Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) Abandonment of Certain Personal Property, if any, Each Effective as of August 31, 2020 [Docket No. 30]

- Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Fee Letters [Docket No. 36]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 39]

- Debtors' Witness and Exhibit List for Hearing Scheduled for July 30, 2020, at 4:00 p.m. (Prevailing Central Time) [Docket No. 40]

- Notice of Electronic Hearing [Docket No. 41] (the "*Notice of Electronic Hearing*")

- Order Directing Joint Administration of Chapter 11 Cases [Docket No. 42]

- Order Granting Complex Chapter 11 Bankruptcy Case Treatment [Docket No. 43]

- Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims, Noticing and Solicitation Agent [Docket No. 44]

- Declaration of Jonathan Tibus in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 51]

- Declaration of Stuart Erickson in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 52]

- (Proposed) Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 53]

- (Proposed) Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs [Docket No. 58]

- (Proposed) Order Authorizing the Debtors to (I) Pay Their Obligations Under Prepetition Insurance Policies, (II) Continue to Pay Certain Brokerage Fees, (III) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (IV) Enter Into New Financing Agreements in the Ordinary Course of Business [Docket No. 59]

- Agenda for Hearing on First Day Motions Scheduled for July 30, 2020 at 4:00 p.m. (Prevailing Central Time), Before the Honorable Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002 [Docket No. 61] (the "*Agenda for July 30 Hearing*")

On July 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Electronic Hearing and the Agenda for July 30 Hearing to be served by via facsimile on the Master Facsimile Service List attached hereto as **Exhibit B**.

Dated: July 30, 2020

/s/ *Sebastian V. Higgins*_____

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 30, 2020, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ *JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 44629

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ATLANTIC TOWN CENTER, L.L.C. | ATTN: NICK GARZIA | NICK.GARZIA@HINES.COM |
| BP PRUCENTER ACQUISITION LLC | ATTN: SYDNEY RODENSTEIN | SRODENSTEIN@BXP.COM |
| BROOKFIELD ASSET MANAGEMENT | ATTN: KEITH ISSELHARDT | KEITH.ISSELHARDT@BROOKFIELDPROPERTIESRETAIL.COM |
| CBL PROPERTIES | ATTN: HOWARD GRODY | HOWARD.GRODY@CBLPROPERTIES.COM |
| COLE CP/ VEREIT REAL ESTATE, LP | ATTN: ROBIN MORA | RMORA@VEREIT.COM |
| CONSOLIDATED THEATRES MANAGEMENT, INC. | ATTN: GABRIELA MEDFORD | GMEDFORD@DECURION.COM |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 8 (CO, MT, ND, SD, UT, WY) | ATTN: BANKRUPTCY DEPARTMENT | R8EISC@EPA.GOV |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 (AZ, CA, HI, NV) | ATTN: BANKRUPTCY DEPARTMENT | R9.INFO@EPA.GOV |
| FAIRBOURNE PROPERTIES | ATTN: MICHAEL WETHINGTON | MWETHINGTON@FAIRBOURNE.COM |
| FOREST CITY REALTY | ATTN: KEITH ISSELHARDT | KEITH.ISSELHARDT@BROOKFIELDPROPERTIESRETAIL.COM |
| FOX INTERACTIVE MEDIA | ATTN: DENISE ECCLESTON | DENISE.ECCLESTON@DISNEY.COM |
| FRESHPOINT INC. | ATTN: ROBERT GORDON AND TED BEALL | EDWARD.BEALL@FRESHPOINT.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: DAVID M. FELDMAN, J. ERIC WISE, AND ALAN MOSKOWITZ | DFELDMAN@GIBSONDUNN.COM<br>EWISE@GIBSONDUNN.COM<br>AMOSKOWITZ@GIBSONDUNN.COM |
| GLIMCHER | ATTN: SEAN MCMAHON | SEAN.MCMAHON@WASHINGTONPRIME.COM |
| H&H RETAIL OWNER | ATTN: PATRICIA APEL | PAPEL@DJMCAPITAL.COM |
| JACKSON WALKER, LLP | ATTN: MATTHEW D. CAVENAUGH, KRISTHY M. PEGURO, GENEVIEVE GRAHAM & VERONICA A. POLNICK | MCAVENAUGH@JW.COM<br>KPEGUERO@JW.COM<br>GGRAHAM@JW.COM<br>VPOLNICK@JW.COM |
| KIRKLAND & ELLIS LLP (NEW YORK) | ATTN: FRANCIS PETRIE, JOSHUA A. SUSSBERG & MATTHEW C. FAGEN | FRANCIS.PETRIE@KIRKLAND.COM<br>JOSHUA.SUSSBERG@KIRKLAND.COM<br>MATTHEW.FAGEN@KIRKLAND.COM |
| LATHAM & WATKINS LLP | ATTN: PETER P. KNIGHT | PETER.KNIGHT@LW.COM |
| MACERICH | ATTN: BILL PALMER | BILL.PALMER@MACERICH.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| NOBLE PEOPLE | ATTN: GREG MARCH, CHIEF EXECUTIVE OFFICER | GREGMARCH@NOBLEPEOPLE.CO |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: STEPHEN DOUGLAS STATHAM | STEPHEN.STATHAM@USDOJ.GOV |
| OPINIONATED GROUP | ATTN: MARK FITZLOFF AND TRISH ADAMS | TRISH.ADAMS@OPINIONATEDGROUP.COM |

Exhibit A
Master Service List
Served via Email

| | | |
|---|---|---|
| PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON AND MEGAN YOUNG-JOHN | JHIGGINS@PORTERHEDGES.COM  SJOHNSON@PORTERHEDGES.COM  MYOUNG-JOHN@PORTERHEDGES.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV  NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN:  BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SIMON PROPERTY GROUP, INC. | ATTN: JUSTIN STEIN AND RONALD M. TUCKER | JSTEIN@SIMON.COM  RTUCKER@SIMON.COM |
| STARWOOD RETAIL PARTNERS | ATTN: BILL CIKALO | BCIKALO@STARWOODRETAIL.COM |
| STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | PERMITSMAIL@ADEM.STATE.AL.US |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ATTORNEY.GENERAL@CT.GOV |
| STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP) | ATTN: BANKRUPTCY DEPARTMENT | DEEP.WEBMASTER@CT.GOV |
| STATE OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ATTN: BANKRUPTCY DEPARTMENT | DPAEWEB@GW.DEC.STATE.NY.US |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INFO@ATG.IN.GOV |
| STATE OF INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) | ATTN: BANKRUPTCY DEPARTMENT | KBURNS@IDEM.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WEBTEAM@AG.IOWA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONSUMER.MEDIATION@MAINE.GOV |
| STATE OF MISSOURI DEPARTMENT OF NATURAL RESOURCES (DNR) | ATTN: BANKRUPTCY DEPARTMENT | ENVIROLAB@DNR.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONTACTDOJ@MT.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT | AC@TCEQ.TEXAS.GOV |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | KEITH.GUILLE@WYO.GOV |
| STROOCK STROOCK & LAVAN | ATTN: JAYME GOLDSTEIN AND DANIEL GINSBERG | JGOLDSTEIN@STROOCK.COM  DGINSBERG@STROOCK.COM |
| TAUBMAN CENTERS, INC. | ATTN: MICHELE WALTON | MWALTON@TAUBMAN.COM |

Exhibit A
Master Service List
Served via Email

| | | |
|---|---|---|
| THE FORBES COMPANY | ATTN: HANS WOLF | HWOLF@THEFORBESCOMPANY.COM |
| THE IRVINE COMPANY LLC | ATTN: DOUG STUBBLEFIELD | DSTUBBLEFIELD@IRVINECOMPANY.COM |
| US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK | USATXS.ATTY@USDOJ.GOV |
| VESTAR CAPITAL PARTNERS | ATTN: JEFF AXTELL | JAXTELL@VESTAR.COM |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | OAG@DC.GOV |
| WESTFIELD PROPERTY MANAGEMENT LLC | ATTN: JOHN MILLER | JOHN.MILLER@URW.COM |

**<u>Exhibit B</u>**

# Exhibit B

Master Facsimile Service List

Served via Facsimile

| NAME | NOTICE NAME | FACSIMILE |
|---|---|---|
| AMERICAN ASSETS | ATTN: CHRIS SULLIVAN | 858-350-2620 |
| BAIN DIGITAL MARKETING LLC | ATTN: JOHN GRUDNOWSKI, EXPERT VICE PRESIDENT | 617-572-2427 |
| COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPARTMENT | 787-729-2059 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION | 214-665-2146 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 1 (CT, MA, ME, NH, RI, VT) | ATTN: BANKRUPTCY DEPARTMENT | 617-918-1809 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 10 (AK, ID, OR, WA) | ATTN: BANKRUPTCY DEPARTMENT | 206-553-2955 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 (NJ, NY, PR, VI) | ATTN: BANKRUPTCY DEPARTMENT | 212-637-3526 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 (DC, DE, MD, PA, VA, WV) | ATTN: BANKRUPTCY DEPARTMENT | 215-814-5103 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT | 404-562-8174 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 5 (IL, IN, MI, MN, OH, WI) | ATTN: BANKRUPTCY DEPARTMENT | 312-353-4135 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 8 (CO, MT, ND, SD, UT, WY) | ATTN: BANKRUPTCY DEPARTMENT | 303-312-6339 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 (AZ, CA, HI, NV) | ATTN: BANKRUPTCY DEPARTMENT | 415-947-3553 |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: DAVID M. FELDMAN, J. ERIC WISE, AND ALAN MOSKOWITZ | 212-351-4035 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| LATHAM & WATKINS LLP | ATTN: PETER P. KNIGHT | 312-993-9767 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 202-331-1427 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPARTMENT | 671-472-2493 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: STEPHEN DOUGLAS STATHAM | 713-718-4670 |
| OPINIONATED GROUP | ATTN: MARK FITZLOFF AND TRISH ADAMS | 503-860-6687 |
| PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON AND MEGAN YOUNG-JOHN | 713-226-6248 |
| SIMON PROPERTY GROUP, INC. | ATTN: JUSTIN STEIN AND RONALD M. TUCKER | 317-263-7901 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 334-242-2433 |
| STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | 334-271-7950 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 907-465-2075 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 602-542-4085 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 501-682-8084 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 916-323-5341 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 720-508-6030 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 860-808-5387 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 302-577-6630 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 850-488-4872 |
| STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP) | ATTN: BANKRUPTCY DEPARTMENT | 850-245-2303 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 404-657-8733 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 808-586-1239 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| | | |
|---|---|---|
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 208-854-8071 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 317-232-7979 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 515-281-4209 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 785 296-6296 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 502-564-2894 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 225-326-6499 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 517 373-3042 |
| STATE OF MINNESOTA POLLUTION CONTROL AGENCY (PCA) | ATTN: BANKRUPTCY DEPARTMENT | 218-828-2594 |
| STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | 601-961-5337 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 573-751-0774 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 404-444-3549 |
| STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | 406-444-4386 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 402 471-3297 |
| STATE OF NEBRASKA DEPARTMENT OF ENVIRONMENTAL QUALITY (NDEQ) | ATTN: BANKRUPTCY DEPARTMENT | 402-471-2909 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 775 684-1108 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 603-271-2110 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| | | |
|---|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 609-292-3508 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 505 827-5826 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 866-413-1069 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 919 716-6750 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 701-328-2226 |
| STATE OF NORTH DAKOTA DEPARTMENT OF HEALTH | ATTN: BANKRUPTCY DEPARTMENT | 701-328-5200 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 405 521-6246 |
| STATE OF OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT | 405-702-1001 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 503 378-4017 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 717-787-3391 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 605-773-4106 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 615 741-2009 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 512-475-2994 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 801 538-1121 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 802-304-1014 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 804-225-4378 |

Exhibit B
Master Facsimile Service List
Served via Facsimile

| | | |
|---|---|---|
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 304-558-0140 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 608-267-2223 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 307-777-6869 |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | 307-777-7682 |
| STROOCK STROOCK & LAVAN | ATTN: JAYME GOLDSTEIN AND DANIEL GINSBERG | 212-806-6006 |
| SYSCO CORPORATION | ATTN: KEVIN HOURICAN, CHIEF EXECUTIVE OFFICER | 281-584-1737 |
| TURNER DUCKWORTH | ATTN: JOANNE CHAN, CHIEF EXECUTIVE OFFICER | 415-675-7778 |
| US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK | 713-718-3300 |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 202-347-8922 |
| WASSERSTROM COMPANY | ATTN: RODNEY WASSERSTROM, CHIEF EXECUTIVE OFFICER | 614-228-3876 |
| Y. HATA AND CO LIMITED | ATTN: RUSSELL HATA, CHAIRMAN AND CHIEF EXECUTIVE OFFICER | 808-447-4279 |
| ZURICH U.S. | ATTN: KATHLEEN SAVIO,CHIEF EXECUTIVE OFFICER | 847-605-2150 |