# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS (HOUSTON)

IN RE: CALIFORNIA PIZZA KITCHEN, INC., et al.,　　　　}　CASE NUMBER: 20-33752
　　　　　　　　　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　　　　　　　　　}　JUDGE: MARVIN ISGUR
　　　　　　　　　　　　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　　　　　　　　　}　CHAPTER 11

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD FROM 11/2/2020 TO 1/3/2021**

1.　　x　　Quarterly or　　_____　Final (check one)

2.　**SUMMARY OF DISBURSEMENTS**
　　A. Disbursements made under the plan (Itemize on page 3)　　　　　　　$17,618,397
　　B. Disbursements not under the plan　　　　　　　　　　　　　　　　　$66,378,151
　　　　　Total Disbursements　　　　　　　　　　　　　　　　　　　　　　$83,996,548

*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.*

|  |  | Yes | No |
|---|---|---|---|
| 3. | Has the order confirming plan become final? | x |  |
| 4. | Are Plan payments being made as required under the Plan? | x |  |

5.　If "No", what Plan payments have not been made and why?
　　Please explain:

6.　If plan payments have not yet begun, when will the first plan payment be made? (Date)　　n/a
7.　What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? (Date)　　11/23/2020
8.　Please describe any factors which may materially affect your ability to obtain a final decree at this time.
　　Please explain:

9.　Complete the form for Plan Disbursements attached.　　　　　　　　　　　　　　　　Attached

10.　**CONSUMMATION OF PLAN:**　　　　　　　　　　　　　　　　　　　Initials _____
　　A. If this is a final report, has an application for Final Decree been submitted?　Date _____
　　　　YES　Date application was submitted:　　n/a　　　　　　　　　　UST USE ONLY
　　　　NO　Date when application will be submitted:　　n/a

　　B. Estimated Date of Final Payment Under Plan　　8/23/2020

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED:　　/s/ Jim Hyatt　　　　　DATE:　　2/1/2021

---

(1) The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: CPK Holdings Inc. (3755); California Pizza Kitchen, Inc. (3752); CPK Spirits, LLC (3756); California Pizza Kitchen of Annapolis, Inc. (3753); CPK Hunt Valley, Inc. (3754); CPK Hospitality, LLC (3751); CPK Management Company (3757); and CPK Texas, LLC.

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### November 02, 2020 TO January 03, 2021

| SCHEDULE OF RECEIPTS AND DISBURSEMENTS [1] | 11/2/20 - 1/3/20 [2] | Post Confirmation Total |
|---|---:|---:|
| **CASH (Beginning of Period)** | $ 11,535,821.96 | $ 11,535,821.96 |
| | | |
| **Receipts** | $ 112,391,802.00 | $ 112,391,802.00 |
| | | |
| **DISBURSEMENTS** | | |
|   Operating Expenses (Fees/Taxes): | | |
|     (i) U.S. Trustee Fees | (256,825.00) | (256,825.00) |
|     (ii) Federal Taxes | - | - |
|     (iii) State Taxes | - | - |
|     (iv) Other Taxes | (5,048,200.00) | (5,048,200.00) |
|     All Other Operating Expenses | (64,880,699.35) | (64,880,699.35) |
| | | |
|   Plan Payments: | | |
|     (i) Administrative Claims | (16,979,919.59) | (16,979,919.59) |
|     (ii) Class 1 - Other Secured Claims | - | - |
|     (iii) Class 2 - Other Priority Claims | - | - |
|     (iv) Class 3 - 1st Lien Secured Claims | - | - |
|     (v) Class 4 - 2nd Lien Secured Claims | - | - |
|     (v) Class 5 - General Unsecured Claims | (638,477.06) | (638,477.06) |
|     (vi) Class 6 - Intercompany Claims | - | - |
|     (vii) Class 7 - Intercompany Interests | - | - |
|     (viii) Class 8 - Existing Equity Interests | - | - |
| **Total Disbursements (Operating & Plan)** | $ (87,804,121.00) | $ (87,804,121.00) |
| | | |
| **CASH (End of Period)** | $ 36,123,502.96 | $ 36,123,502.96 |

| Memo - Adjustment for Cash Held in Reserve Accounts: [3] | | |
|---|---:|---:|
| Total Disbursements (Operating & Plan) | $ (87,804,121.00) | $ (87,804,121.00) |
| ( + ) Professional Fee Escrow (x1768) | 2,226,505.90 | 2,226,505.90 |
| ( + ) Reserve for Cure Payments (x9374) | 1,581,067.35 | 1,581,067.35 |
| **Adjusted Total Disbursements (Operating & Plan)** | $ (83,996,547.75) | $ (83,996,547.75) |

(1) Cash activity and balances reflect the Bank of America Main Operating Account (*7902). In addition to the cash balance shown above, the Debtors have cash on store premises, in-transit between a store-level collection account, maintains a balance of approximately $50k in the CPK Management payroll account, and also maintains several reserve accounts. Cash held in reserve accounts are disbursed through the Main Operating Account and therefore excluded from the cash balance above.

(2) Represents 2-months of quarterly cash flows. Refer to the October Monthly Operating Report, docket #649, filed on 12/2/20 for October receipts and disbursements.

(3) Represents cash transferred from the Main Operating Account to CPK owned chapter 11 related reserve accounts not disbursed during the reporting period.

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
Prepare Reconciliation for each Month of the Quarter
November 2, 2020 TO January 3, 2021

| Bank Reconciliation: 11/2/20 - 11/29/20 Debtor Entity | Bank Name | Account Description | Account No. (Last 4 Digits) | Bank Balance 11/29/2020 | Deposits in Transit | Outstanding Checks | Book Balance 11/29/2020 [1] |
|---|---|---|---|---|---|---|---|
| California Pizza Kitchen, Inc. | Citibank | Professional Fee Escrow | 1768 | 11,234,956.49 | - | - | 11,234,956.49 |
| California Pizza Kitchen, Inc. | Bank of America | Reserve for Cure Payments | 9374 | 2,281,431.59 | - | - | 2,281,431.59 |
| California Pizza Kitchen, Inc. | Bank of America | UCC Settlement Reserve | 9355 | - | - | - | - |
| California Pizza Kitchen, Inc. | Bank of America | Flex Spending Benefits Account | x5363 | 28,426.44 | | (2,638.68) | 25,787.76 |
| California Pizza Kitchen, Inc. | First Hawaiian | HI Store Depository Account | x2434 | 36,131.39 | 83,902.59 | - | 120,033.98 |
| California Pizza Kitchen of Annapolis, Inc. | Bank of America | Liquor Account | x3143 | 5,183.80 | - | - | 5,183.80 |
| California Pizza Kitchen, Inc. | Bank of America | Payroll Account (Inactive) | x4628 | - | - | - | - |
| CPK Management | Bank of America | Operating Account | x7900 | 53,444.89 | - | | 53,444.89 |
| CPK Management | Bank of America | Payroll Account | x4623 | - | 162,166.44 | - | 162,166.44 |
| CPK Management | Bank of America | State Disability Insurance | x5582 | 219,818.55 | - | - | 219,818.55 |
| CPK Management | Bank of America | Payroll Account (Inactive) | x7901 | - | - | (2,596.26) | (2,596.26) |
| California Pizza Kitchen, Inc. | Bank of America | Main Operating Account | x7902 | 34,994,027.96 | 28,017.07 | (0.94) | 35,022,044.09 |
| California Pizza Kitchen, Inc. | Bank of America | Payroll Account (Inactive) | x8360 | - | 41,043.94 | (48,545.39) | (7,501.45) |
| California Pizza Kitchen, Inc. | Bank of America | Construction Account | x7899 | - | - | (35,934.27) | (35,934.27) |
| California Pizza Kitchen, Inc. | Bank of America | Miscellaneous Disbursement Account | x1200 | - | 14,480.29 | (3,231,621.49) | (3,217,141.20) |
| California Pizza Kitchen, Inc. | Bank of America | Petty Cash Account | x7896 | - | 8,032.70 | (48,565.47) | (40,532.77) |
| California Pizza Kitchen, Inc. | Bank of America | Store Depository Account | x7894 | - | 500,920.07 | (131.00) | 500,789.07 |
| California Pizza Kitchen, Inc. | Bank of America | Gift Certificate Account | x7897 | - | - | - | - |
| California Pizza Kitchen, Inc. | Bank of America | Credit Card Depository Account | x7893 | - | 2,704,634.81 | | 2,704,634.81 |
| California Pizza Kitchen, Inc. | Bank of America | CA State Disability Insurance Account | x7895 | 2,199,972.31 | 32.98 | (17,903.10) | 2,182,102.19 |
| California Pizza Kitchen, Inc. | Bank of America | HI State Disability Insurance Account | x7903 | 501,526.56 | | (300.51) | 501,226.05 |
| California Pizza Kitchen, Inc. | Bank of America | Adequate Assurance Utility Deposit | x2497 | 374,479.75 | - | - | 374,479.75 |
| CPK Spirits, LLC | Bank of America | Liquor Account | x0529 | 10,980.11 | | (1,720.28) | 9,259.83 |
| California Pizza Kitchen, Inc. | Bank of America | Medical Benefits Account | x5707 | - | - | - | - |
| California Pizza Kitchen, Inc. | Bank of America | Payroll Account | x5857 | - | 119,528.64 | (99,653.69) | 19,874.95 |
| **Total** | | | | **$ 51,940,379.84** | **$ 3,662,759.53** | **$ (3,489,611.08)** | **$ 52,113,528.29** |

(1) The company is in the process of closing year-end 2020 financials as of the filing of this report. Therefore the book balances contained herein are unaudited and subject to future adjustment.

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
Prepare Reconciliation for each Month of the Quarter
November 2, 2020 TO January 3, 2021

| Bank Reconciliation: 11/30/20 - 1/3/21 Debtor Entity | Bank Name | Account Description | Account No. (Last 4 Digits) | Bank Balance 1/3/2021 | Deposits in Transit | Outstanding Checks | Book Balance 1/3/2021 [1] |
|---|---|---|---|---|---|---|---|
| California Pizza Kitchen, Inc. | Citibank | Professional Fee Escrow | 1768 | 2,226,505.90 | - | - | 2,226,505.90 |
| California Pizza Kitchen, Inc. | Bank of America | Reserve for Cure Payments | 9374 | 1,581,067.35 | - | - | 1,581,067.35 |
| California Pizza Kitchen, Inc. | Bank of America | UCC Settlement Reserve | 9355 | - | - | - | - |
| California Pizza Kitchen, Inc. | Bank of America | Flex Spending Benefits Account | x5363 | 33,144.16 | | (1,233.92) | 31,910.24 |
| California Pizza Kitchen, Inc. | First Hawaiian | HI Store Depository Account | x2434 | 30,802.21 | 134,823.57 | - | 165,625.78 |
| California Pizza Kitchen of Annapolis, Inc. | Bank of America | Liquor Account | x3143 | 5,183.80 | - | - | 5,183.80 |
| California Pizza Kitchen, Inc. | Bank of America | Payroll Account (Inactive) | x4628 | - | - | - | - |
| CPK Management | Bank of America | Operating Account | x7900 | 59,887.56 | - | (0.01) | 59,887.55 |
| CPK Management | Bank of America | Payroll Account | x4623 | - | 162,193.18 | (26.74) | 162,166.44 |
| CPK Management | Bank of America | State Disability Insurance | x5582 | 210,889.24 | - | (31.56) | 210,857.68 |
| CPK Management | Bank of America | Payroll Account (Inactive) | x7901 | - | - | (2,596.26) | (2,596.26) |
| California Pizza Kitchen, Inc. | Bank of America | Main Operating Account | x7902 | 36,123,502.96 | 27,149.76 | - | 36,150,652.72 |
| California Pizza Kitchen, Inc. | Bank of America | Payroll Account (Inactive) | x8360 | - | 41,043.94 | (48,545.39) | (7,501.45) |
| California Pizza Kitchen, Inc. | Bank of America | Construction Account | x7899 | - | - | (46,346.32) | (46,346.32) |
| California Pizza Kitchen, Inc. | Bank of America | Miscellaneous Disbursement Account | x1200 | - | 6,001.31 | (3,706,374.43) | (3,700,373.12) |
| California Pizza Kitchen, Inc. | Bank of America | Petty Cash Account | x7896 | - | 8,183.20 | (49,293.99) | (41,110.79) |
| California Pizza Kitchen, Inc. | Bank of America | Store Depository Account | x7894 | - | 528,862.15 | 19,189.00 | 548,051.15 |
| California Pizza Kitchen, Inc. | Bank of America | Gift Certificate Account | x7897 | - | - | - | - |
| California Pizza Kitchen, Inc. | Bank of America | Credit Card Depository Account | x7893 | - | 3,836,303.70 | | 3,836,303.70 |
| California Pizza Kitchen, Inc. | Bank of America | CA State Disability Insurance Account | x7895 | 2,209,252.16 | 32.98 | (17,903.10) | 2,191,382.04 |
| California Pizza Kitchen, Inc. | Bank of America | HI State Disability Insurance Account | x7903 | 509,266.90 | | (300.51) | 508,966.39 |
| California Pizza Kitchen, Inc. | Bank of America | Adequate Assurance Utility Deposit | x2497 | - | - | - | - |
| CPK Spirits, LLC | Bank of America | Liquor Account | x0529 | 10,920.15 | | (1,720.28) | 9,199.87 |
| California Pizza Kitchen, Inc. | Bank of America | Medical Benefits Account | x5707 | - | - | - | - |
| California Pizza Kitchen, Inc. | Bank of America | Payroll Account | x5857 | - | 85,260.51 | (90,418.06) | (5,157.55) |
| **Total** | | | | **$ 43,000,422.39** | **$ 4,829,854.30** | **$ (3,945,601.57)** | **$ 43,884,675.12** |

(1) The company is in the process of closing year-end 2020 financials as of the filing of this report. Therefore the book balances contained herein are unaudited and subject to future adjustment.

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - CONTRACT CURES
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Next Payment Due [1] | Current Quarter | Confirmation to Date |
|---|---|---|---|---|---|
| NCR CORPORATION | Admin | 11/27/20 | n/a | $ 254,622.78 | $ 254,622.78 |
| OPINIONATED GROUP | Admin | 11/27/20 | n/a | 252,979.45 | 252,979.45 |
| TURNER DUCKWORTH | Admin | 11/27/20 | n/a | 211,174.87 | 211,174.87 |
| SYNQ3 RESTAURANT SOLUTIONS LLC | Admin | 11/27/20 | n/a | 132,534.39 | 132,534.39 |
| NOBLE PEOPLE LLC | Admin | 11/27/20 | n/a | 124,666.44 | 124,666.44 |
| PACIFIC CASTLE MGMT | Admin | 11/27/20 | n/a | 108,112.71 | 108,112.71 |
| AMERICAN EXPRESS | Admin | 11/27/20 | n/a | 101,220.00 | 101,220.00 |
| PLAZA LAS FUENTES & E-W SERVICES | Admin | 11/27/20 | n/a | 97,445.70 | 97,445.70 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 96,122.60 | 96,122.60 |
| RETAIL TECHNOLOGIES GROUP | Admin | 11/27/20 | n/a | 90,442.61 | 90,442.61 |
| DDR | Admin | 11/27/20 | n/a | 87,653.24 | 87,653.24 |
| THE IRVINE COMPANY | Admin | 11/27/20 | n/a | 81,691.42 | 81,691.42 |
| THE IRVINE COMPANY | Admin | 11/27/20 | n/a | 76,328.78 | 76,328.78 |
| EVERFI INC | Admin | 11/27/20 | n/a | 75,000.00 | 75,000.00 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 65,566.54 | 65,566.54 |
| WASTE MANAGEMENT SERVICES | Admin | 11/27/20 | n/a | 65,328.79 | 65,328.79 |
| DJM | Admin | 11/27/20 | n/a | 64,072.26 | 64,072.26 |
| CARUSO | Admin | 11/27/20 | n/a | 63,992.56 | 63,992.56 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 61,567.05 | 61,567.05 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 61,134.64 | 61,134.64 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 59,084.47 | 59,084.47 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 56,285.69 | 56,285.69 |
| THE IRVINE COMPANY | Admin | 11/27/20 | n/a | 55,937.36 | 55,937.36 |
| TAUBMAN | Admin | 11/27/20 | n/a | 53,061.75 | 53,061.75 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 52,981.36 | 52,981.36 |
| THE IRVINE COMPANY | Admin | 11/27/20 | n/a | 51,769.02 | 51,769.02 |
| AMERICAN ASSETS | Admin | 11/27/20 | n/a | 44,680.30 | 44,680.30 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 42,186.92 | 42,186.92 |
| THE IRVINE COMPANY | Admin | 11/27/20 | n/a | 39,891.31 | 39,891.31 |
| STANLEY CONVERGENT | Admin | 11/27/20 | n/a | 39,734.55 | 39,734.55 |
| PAYTRONIX SYSTEMS INC | Admin | 11/27/20 | n/a | 38,743.70 | 38,743.70 |
| HEARST CORP | Admin | 11/27/20 | n/a | 36,137.90 | 36,137.90 |
| ENCINO PLACE | Admin | 11/27/20 | n/a | 35,720.94 | 35,720.94 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 35,457.45 | 35,457.45 |
| IQ BACKOFFICE LLC | Admin | 11/27/20 | n/a | 34,179.68 | 34,179.68 |
| DIRECTV LLC | Admin | 11/27/20 | n/a | 33,863.78 | 33,863.78 |
| PETERSON COS | Admin | 11/27/20 | n/a | 31,393.95 | 31,393.95 |
| BROOKFIELD ASSET MANAGEMENT | Admin | 11/27/20 | n/a | 31,260.61 | 31,260.61 |
| FORUM | Admin | 11/27/20 | n/a | 29,769.09 | 29,769.09 |
| FOUR CORNERS PROPERTIES LLC | Admin | 11/27/20 | n/a | 27,810.00 | 27,810.00 |
| RELATED | Admin | 11/27/20 | n/a | 27,749.29 | 27,749.29 |
| PETERSON COS | Admin | 11/27/20 | n/a | 27,638.05 | 27,638.05 |
| POSTMATES INC | Admin | 11/27/20 | n/a | 27,365.00 | 27,365.00 |
| ZENPUT INC | Admin | 11/27/20 | n/a | 27,150.00 | 27,150.00 |
| BP PRUCENTER ACQ | Admin | 11/27/20 | n/a | 26,804.40 | 26,804.40 |
| FOREST CITY | Admin | 11/27/20 | n/a | 25,531.83 | 25,531.83 |
| HL RESTAURANT ROW | Admin | 11/27/20 | n/a | 25,497.36 | 25,497.36 |
| STAPLES CONTRACT & COMMERCIAL INC | Admin | 11/27/20 | n/a | 24,238.29 | 24,238.29 |
| CBL PROPERTIES | Admin | 11/27/20 | n/a | 22,431.97 | 22,431.97 |
| MS TARZANA | Admin | 11/27/20 | n/a | 19,334.46 | 19,334.46 |

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - CONTRACT CURES
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Next Payment Due [1] | Current Quarter | Confirmation to Date |
|---|---|---|---|---|---|
| BOHANNON DEVELOPMENT | Admin | 11/27/20 | n/a | 19,156.02 | 19,156.02 |
| STRATEGIC | Admin | 11/27/20 | n/a | 18,901.69 | 18,901.69 |
| CYPRESS EQUITIES | Admin | 11/27/20 | n/a | 18,480.11 | 18,480.11 |
| GREENBERG GIBBONS | Admin | 11/27/20 | n/a | 17,392.50 | 17,392.50 |
| MILLIMAN INC | Admin | 11/27/20 | n/a | 14,500.00 | 14,500.00 |
| ROLLING HILLS PLAZA | Admin | 11/27/20 | n/a | 13,947.77 | 13,947.77 |
| STORED VALUE SOLUTIONS | Admin | 11/27/20 | n/a | 12,820.82 | 12,820.82 |
| DEVELOPERS DIVERSIFIED REALTY (DDR) | Admin | 11/27/20 | n/a | 12,373.10 | 12,373.10 |
| ENGIE INSIGHT SERVICES INC | Admin | 11/27/20 | n/a | 12,222.78 | 12,222.78 |
| TAUBMAN CENTERS INC | Admin | 11/27/20 | n/a | 11,965.55 | 11,965.55 |
| KC INVESTMENT | Admin | 11/27/20 | n/a | 11,297.73 | 11,297.73 |
| TPP INC | Admin | 11/27/20 | n/a | 11,248.00 | 11,248.00 |
| MMI REALTY | Admin | 11/27/20 | n/a | 11,190.88 | 11,190.88 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 10,629.86 | 10,629.86 |
| AIRGAS NATIONAL CARBONATION | Admin | 11/27/20 | n/a | 10,370.67 | 10,370.67 |
| FAIRBOURNE PROPERTIES | Admin | 11/27/20 | n/a | 10,272.96 | 10,272.96 |
| CYXTERA COMMUNICATIONS LLC | Admin | 11/27/20 | n/a | 10,233.96 | 10,233.96 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 9,936.85 | 9,936.85 |
| TOWN CENTER ASSOC | Admin | 11/27/20 | n/a | 9,785.98 | 9,785.98 |
| GRANT THORNTON LLP | Admin | 11/27/20 | n/a | 8,829.80 | 8,829.80 |
| W/A SVT HOLDINGS VI | Admin | 11/27/20 | n/a | 8,778.76 | 8,778.76 |
| QSR AUTOMATIONS INC | Admin | 11/27/20 | n/a | 8,509.55 | 8,509.55 |
| WS DEVELOPMENT | Admin | 11/27/20 | n/a | 8,220.29 | 8,220.29 |
| YUMPINGO LIMITED | Admin | 11/27/20 | n/a | 7,800.00 | 7,800.00 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 7,537.71 | 7,537.71 |
| BAYSHORE TC | Admin | 11/27/20 | n/a | 7,135.88 | 7,135.88 |
| CHINO DUNHILL LLC | Admin | 11/27/20 | n/a | 6,940.88 | 6,940.88 |
| 8650 VILLA LA JOLLA | Admin | 11/27/20 | n/a | 6,764.43 | 6,764.43 |
| TRINTECH INC | Admin | 11/27/20 | n/a | 5,851.64 | 5,851.64 |
| WEX BANK | Admin | 11/27/20 | n/a | 5,786.32 | 5,786.32 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 5,687.97 | 5,687.97 |
| CBL PROPERTIES | Admin | 11/27/20 | n/a | 5,571.20 | 5,571.20 |
| FISERV | Admin | 11/27/20 | n/a | 5,456.90 | 5,456.90 |
| AMBIANCE RADIO LLC | Admin | 11/27/20 | n/a | 5,398.20 | 5,398.20 |
| YELP INC | Admin | 11/27/20 | n/a | 5,319.50 | 5,319.50 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | Next | 5,115.86 | 5,115.86 |
| Y MEDIA LABS LLC | Admin | 11/27/20 | n/a | 4,811.16 | 4,811.16 |
| LEGACY VILLAGE INVESTORS | Admin | 11/27/20 | n/a | 4,352.86 | 4,352.86 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 4,095.40 | 4,095.40 |
| MEDCOR INC | Admin | 11/27/20 | n/a | 4,060.37 | 4,060.37 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 3,969.51 | 3,969.51 |
| SIMON PROPERTY GROUP | Admin | 11/27/20 | n/a | 3,226.87 | 3,226.87 |
| M&J WILKOW | Admin | 11/27/20 | n/a | 2,830.68 | 2,830.68 |
| GARDA CL WEST | Admin | 11/27/20 | n/a | 2,803.61 | 2,803.61 |
| NAVCO SECURITY SYSTEMS INC | Admin | 11/27/20 | n/a | 2,725.49 | 2,725.49 |
| VIBE HCM INC F/K/A CFACTOR WORKS INC | Admin | 11/27/20 | n/a | 2,646.00 | 2,646.00 |
| VISION SERVICE PLAN | Admin | 11/27/20 | n/a | 2,453.25 | 2,453.25 |
| ALTUS | Admin | 11/27/20 | n/a | 2,251.20 | 2,251.20 |
| INTERACTIVE COMMUNICATIONS | Admin | 11/27/20 | n/a | 2,238.75 | 2,238.75 |
| CARUSO | Admin | 11/27/20 | n/a | 1,876.79 | 1,876.79 |

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - CONTRACT CURES
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Next Payment Due [1] | Current Quarter | Confirmation to Date |
|---|---|---|---|---|---|
| MOMENTFEED INC | Admin | 11/27/20 | n/a | 1,775.97 | 1,775.97 |
| MEGAPATH CLOUD COMPANY LLC | Admin | 11/27/20 | n/a | 1,259.83 | 1,259.83 |
| THE SHOPS AT SUMMERLIN NORTH | Admin | 11/27/20 | n/a | 1,104.35 | 1,104.35 |
| AMERICAN ASSETS | Admin | 11/27/20 | n/a | 1,104.27 | 1,104.27 |
| PREIT | Admin | 11/27/20 | n/a | 1,026.27 | 1,026.27 |
| KAISER PERMANENTE | Admin | 11/27/20 | n/a | 598.34 | 598.34 |
| MID-AMERICA | Admin | 11/27/20 | n/a | 411.51 | 411.51 |
| XROADS NETWORKS INC | Admin | 11/27/20 | n/a | 400.00 | 400.00 |
| INLAND | Admin | 11/27/20 | n/a | 267.26 | 267.26 |
| RADIANT HOSPITALITY SYSTEM LTD | Admin | 11/27/20 | n/a | 217.50 | 217.50 |
| ECOLAB INC | Admin | 12/08/20 | n/a | 186,492.32 | 186,492.32 |
| CASTLE & COOKE | Admin | 12/08/20 | n/a | 73,189.78 | 73,189.78 |
| KHOROS | Admin | 12/08/20 | n/a | 21,999.97 | 21,999.97 |
| BRINKS US | Admin | 12/08/20 | n/a | 15,320.23 | 15,320.23 |
| GLIMCHER | Admin | 12/08/20 | n/a | 9,299.78 | 9,299.78 |
| H&H RETAIL OWNER | Admin | 12/08/20 | n/a | 1,870.97 | 1,870.97 |
| VESTAR CAPITAL PARTNERS | Admin | 12/08/20 | n/a | 1,500.00 | 1,500.00 |
| VESTAR CAPITAL PARTNERS | Admin | 12/08/20 | n/a | 1,500.00 | 1,500.00 |
| VESTAR CAPITAL PARTNERS | Admin | 12/08/20 | n/a | 1,500.00 | 1,500.00 |
| ARAMARK UNIFORM SERVICES | Admin | 12/11/20 | n/a | 57,881.94 | 57,881.94 |
| EQUITY ONE CULVER | Admin | 12/14/20 | n/a | 88,587.92 | 88,587.92 |
| THE WASSERSTROM COMPANY | Admin | 12/22/20 | n/a | 507,532.08 | 507,532.08 |
| ATLANTIC TOWN CTR | Admin | 12/22/20 | n/a | 187,631.26 | 187,631.26 |
| GLIMCHER | Admin | 12/22/20 | n/a | 106,653.21 | 106,653.21 |
| AMEX TRAVEL RELATED SVCS CO INC | Admin | 12/22/20 | n/a | 83,220.00 | 83,220.00 |
| STIRLING | Admin | 12/22/20 | n/a | 14,321.26 | 14,321.26 |
| SIMON PROPERTY GROUP | Admin | 12/22/20 | n/a | 10,186.70 | 10,186.70 |
| CARD COMPLIANT LLC | Admin | 12/22/20 | n/a | 4,264.50 | 4,264.50 |
| ESSEX WALNUT OWNER LP | Admin | 12/29/20 | n/a | 54,771.89 | 54,771.89 |
| | | | TOTAL | $ 5,097,010.48 | $ 5,097,010.48 |

(1) The cure reconciliation process is on-going with several creditors. The company anticipates all cure reconciliations to be resolved and then fully satisfied before 2/22/20, which is the scheduled cure objection status conference date.

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - PROFESSIONAL FEES
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Current Quarter | Confirmation to Date |
|---|---|---|---|---|
| GIBSON, DUNN & CRUTCHER LLP | Admin | 11/05/20 | $ 730,561.87 | $ 730,561.87 |
| FTI CONSULTING INC | Admin | 11/05/20 | 268,022.15 | 268,022.15 |
| PORTER HEDGES LLP | Admin | 11/05/20 | 3,490.10 | 3,490.10 |
| STROOCK & STROOCK & LAVAN | Admin | 11/16/20 | 7,586.50 | 7,586.50 |
| STROOCK & STROOCK & LAVAN | Admin | 11/18/20 | 9,034.00 | 9,034.00 |
| GIBSON DUNN | Admin | 11/23/20 | 611,062.44 | 611,062.44 |
| KRAMER LEVIN | Admin | 11/23/20 | 443,377.40 | 443,377.40 |
| STROOK, STROOK & LAVAN | Admin | 11/23/20 | 307,211.94 | 307,211.94 |
| FTI CONSULTING | Admin | 11/23/20 | 298,377.70 | 298,377.70 |
| LATHAM & WATKINS | Admin | 11/23/20 | 112,996.50 | 112,996.50 |
| WOMBLE BOND DICKINSON | Admin | 11/23/20 | 48,404.40 | 48,404.40 |
| VENABLE LLP | Admin | 11/23/20 | 19,520.90 | 19,520.90 |
| ACQUIOM AGENCY SERVICES LLC | Admin | 11/23/20 | 14,437.50 | 14,437.50 |
| PORTER HEDGES | Admin | 11/23/20 | 252.00 | 252.00 |
| KRAMER LEVIN | Admin | 12/01/20 | 582,870.74 | 582,870.74 |
| COLE SCHOTZ PC | Admin | 12/02/20 | 36,279.07 | 36,279.07 |
| KRAMER LEVIN | Admin | 12/14/20 | 140,258.48 | 140,258.48 |
| WOMBLE BOND DICKINSON | Admin | 12/14/20 | 4,064.00 | 4,064.00 |
| PRIME CLERK | Admin | 12/15/20 | 302,978.11 | 302,978.11 |
| KRAMER LEVIN | Admin | 12/16/20 | 218,146.82 | 218,146.82 |
| HILCO REAL ESTATE LLC | Admin | 12/22/20 | 4,567,195.00 | 4,567,195.00 |
| KIRKLAND & ELLIS LLP | Admin | 12/28/20 | 776,505.95 | 776,505.95 |
| KIRKLAND & ELLIS LLP | Admin | 12/30/20 | 545,272.50 | 545,272.50 |
| GUGGENHEIM SECURITIES LLC | Admin | 12/31/20 | 1,749,842.79 | 1,749,842.79 |
| JACKSON WALKER | Admin | 12/31/20 | 85,160.25 | 85,160.25 |
| ALVAREZ & MARSAL | n/a | n/a | - | - |
| PRICEWATERHOUSECOOPERS | n/a | n/a | - | - |
| BERKELEY RESEARCH GROUP | n/a | n/a | - | - |
| | | | $ 11,882,909.11 | $ 11,882,909.11 |

(1) Final payments for fees incurred during the case, that were not previously paid, are expected to be made in accordance with the objection deadlines on their final fee applications.

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - GENERAL UNSECURED
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Next Payment Due [1] | Current Quarter | Confirmation to Date |
|---|---|---|---|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIAT | Class 5 | 11/27/20 | n/a | $ 615,752.56 | $ 615,752.56 |
| MACERICH TWENTY NINTH STREET LLC | Class 5 | 11/27/20 | n/a | 1,195.63 | 1,195.63 |
| LLHPCP LTD C/O LEVCOR INC | Class 5 | 11/27/20 | n/a | 1,154.67 | 1,154.67 |
| WILLOWBROOK MALL LP | Class 5 | 11/27/20 | n/a | 1,101.96 | 1,101.96 |
| BERKSHIRE MANAGEMENT CORP | Class 5 | 11/27/20 | n/a | 883.36 | 883.36 |
| RETAIL TECHNOLOGY GROUP | Class 5 | 11/27/20 | n/a | 759.03 | 759.03 |
| TRABON PRINTING COMPANY INC | Class 5 | 11/27/20 | n/a | 664.05 | 664.05 |
| EVERFI INC | Class 5 | 11/27/20 | n/a | 653.40 | 653.40 |
| 365 CP LLC | Class 5 | 11/27/20 | n/a | 549.12 | 549.12 |
| INCOMM DIGITAL SOLUTIONS LLC | Class 5 | 11/27/20 | n/a | 445.62 | 445.62 |
| CDW DIRECT LLC | Class 5 | 11/27/20 | n/a | 403.90 | 403.90 |
| RJA SERVICES INC | Class 5 | 11/27/20 | n/a | 349.19 | 349.19 |
| D & S COMMERCIAL SERVICE INC | Class 5 | 11/27/20 | n/a | 341.34 | 341.34 |
| STANLEY CONVERGENT SECURITY | Class 5 | 11/27/20 | n/a | 338.71 | 338.71 |
| ALLIANCE MECHANICAL SERVICES | Class 5 | 11/27/20 | n/a | 333.96 | 333.96 |
| DAY & NITE AIR CONDITIONING CORP | Class 5 | 11/27/20 | n/a | 329.59 | 329.59 |
| SUPREME MECHANICAL SERVICES | Class 5 | 11/27/20 | n/a | 329.50 | 329.50 |
| COALFIRE SYSTEMS INC | Class 5 | 11/27/20 | n/a | 302.40 | 302.40 |
| IQ BACKOFFICE INC | Class 5 | 11/27/20 | n/a | 297.77 | 297.77 |
| DIRECTV | Class 5 | 11/27/20 | n/a | 294.59 | 294.59 |
| NEIGHBORFAVOR INC | Class 5 | 11/27/20 | n/a | 288.18 | 288.18 |
| TIMTAN LLC DBA SAVE ELECTRONICS | Class 5 | 11/27/20 | n/a | 271.11 | 271.11 |
| STC GARDENWALK LLC | Class 5 | 11/27/20 | n/a | 252.11 | 252.11 |
| NELBUD | Class 5 | 11/27/20 | n/a | 246.17 | 246.17 |
| ZENDESK INC | Class 5 | 11/27/20 | n/a | 244.13 | 244.13 |
| LOS ANGELES DODGERS | Class 5 | 11/27/20 | n/a | 241.59 | 241.59 |
| ALSTON AND BIRD LLP | Class 5 | 11/27/20 | n/a | 234.78 | 234.78 |
| LDP ASSOCIATES INC | Class 5 | 11/27/20 | n/a | 231.93 | 231.93 |
| VILLA LIGHTING SUPPLY | Class 5 | 11/27/20 | n/a | 215.81 | 215.81 |
| BUSINESS ELEMENTS INC | Class 5 | 11/27/20 | n/a | 215.03 | 215.03 |
| DFS FLOORING | Class 5 | 11/27/20 | n/a | 211.66 | 211.66 |
| DAY & NITE REFRIGERATION CORP | Class 5 | 11/27/20 | n/a | 211.21 | 211.21 |
| ALL SERVICE EQUIPMENT CORP | Class 5 | 11/27/20 | n/a | 204.79 | 204.79 |
| FRANKLIN MACHINE PRODUCTS | Class 5 | 11/27/20 | n/a | 203.00 | 203.00 |
| DETERMINISTICS INC | Class 5 | 11/27/20 | n/a | 196.02 | 196.02 |
| RELIANT ELECTRICAL SERVICE INC | Class 5 | 11/27/20 | n/a | 192.70 | 192.70 |
| KHOROS LLC | Class 5 | 11/27/20 | n/a | 191.66 | 191.66 |
| GALAXY GROUP LLC | Class 5 | 11/27/20 | n/a | 182.87 | 182.87 |
| GLACIER REFRIGERATION AND AIR | Class 5 | 11/27/20 | n/a | 178.48 | 178.48 |
| INSIGHT DIRECT USA INC | Class 5 | 11/27/20 | n/a | 174.09 | 174.09 |
| SHOES FOR CREWS INC | Class 5 | 11/27/20 | n/a | 174.04 | 174.04 |
| AIR CENTRAL LLC | Class 5 | 11/27/20 | n/a | 171.96 | 171.96 |
| LAS COLINAS COMPANY | Class 5 | 11/27/20 | n/a | 155.95 | 155.95 |
| ASSET STRATEGIES GROUP LLC | Class 5 | 11/27/20 | n/a | 146.14 | 146.14 |
| ERNST & YOUNG LLP-006 | Class 5 | 11/27/20 | n/a | 143.75 | 143.75 |
| GASKET GUY INC | Class 5 | 11/27/20 | n/a | 139.98 | 139.98 |
| ROBERT HALF TECHNOLOGY PERM | Class 5 | 11/27/20 | n/a | 139.39 | 139.39 |
| NATIONAL TELEDATA C/O BRIAN COSBY | Class 5 | 11/27/20 | n/a | 136.68 | 136.68 |
| BENRICH SERVICE COMPANY INC | Class 5 | 11/27/20 | n/a | 134.91 | 134.91 |
| JTECH COMMUNICATIONS INC AN HME CO | Class 5 | 11/27/20 | n/a | 129.64 | 129.64 |

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - GENERAL UNSECURED
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Next Payment Due [1] | Current Quarter | Confirmation to Date |
|---|---|---|---|---|---|
| ROSENBERG INDOOR COMFORT | Class 5 | 11/27/20 | n/a | 129.49 | 129.49 |
| US INTERNATIONAL FOODS | Class 5 | 11/27/20 | n/a | 120.91 | 120.91 |
| SALARY COM LLC | Class 5 | 11/27/20 | n/a | 113.25 | 113.25 |
| AMAZON | Class 5 | 11/27/20 | n/a | 113.22 | 113.22 |
| WATERBURY PUBLICATIONS INC | Class 5 | 11/27/20 | n/a | 111.96 | 111.96 |
| CERIDIAN STORED VALUE SOLUTIONS INC | Class 5 | 11/27/20 | n/a | 111.69 | 111.69 |
| TRINITY CONTRACTORS | Class 5 | 11/27/20 | n/a | 110.09 | 110.09 |
| CHAIN STORE GUIDE | Class 5 | 11/27/20 | n/a | 108.12 | 108.12 |
| AIRECOM INC | Class 5 | 11/27/20 | n/a | 107.19 | 107.19 |
| JMJ PLUMBING | Class 5 | 11/27/20 | n/a | 106.53 | 106.53 |
| DAY & NITE ALL SERVICE CORP | Class 5 | 11/27/20 | n/a | 105.49 | 105.49 |
| PUTRINO CONSTRUCTION INC | Class 5 | 11/27/20 | n/a | 104.54 | 104.54 |
| COLD TECH REFRIGERATION INC | Class 5 | 11/27/20 | n/a | 101.49 | 101.49 |
| TPP INC | Class 5 | 11/27/20 | n/a | 97.99 | 97.99 |
| YOUNGS MARKET COMPANY | Class 5 | 11/27/20 | n/a | 97.99 | 97.99 |
| DISH NETWORK COMMERCIAL | Class 5 | 11/27/20 | n/a | 97.86 | 97.86 |
| SERVICE MANAGEMENT GROUP | Class 5 | 11/27/20 | n/a | 96.75 | 96.75 |
| COAST PUBLIC RELATIONS | Class 5 | 11/27/20 | n/a | 95.65 | 95.65 |
| PACIFIC MECHANICAL SERVICES INC | Class 5 | 11/27/20 | n/a | 94.13 | 94.13 |
| HOV SERVICES INC | Class 5 | 11/27/20 | n/a | 91.68 | 91.68 |
| MCCS - MARINE CORPS COMMUNITY SERV | Class 5 | 11/27/20 | n/a | 90.64 | 90.64 |
| GENERAL PARTS LLC C/O ENCORE ONE LL | Class 5 | 11/27/20 | n/a | 89.35 | 89.35 |
| AIRGAS NATIONAL CARBONATION | Class 5 | 11/27/20 | n/a | 89.19 | 89.19 |
| MOBILE LOCK & SAFE INC | Class 5 | 11/27/20 | n/a | 86.51 | 86.51 |
| A+ COMMERCIAL SERVICES INC | Class 5 | 11/27/20 | n/a | 84.36 | 84.36 |
| G&R MECHANICAL INC | Class 5 | 11/27/20 | n/a | 84.29 | 84.29 |
| RHEEM SALES COMPANY INC | Class 5 | 11/27/20 | n/a | 83.64 | 83.64 |
| ENTERPRISE RENT-A-CAR | Class 5 | 11/27/20 | n/a | 83.25 | 83.25 |
| AM PM MAINTENANCE SERVICES | Class 5 | 11/27/20 | n/a | 83.17 | 83.17 |
| BDO USA LLP | Class 5 | 11/27/20 | n/a | 80.94 | 80.94 |
| VAN WAGNER GROUP LLC | Class 5 | 11/27/20 | n/a | 80.54 | 80.54 |
| LABORLAWCENTERCOM | Class 5 | 11/27/20 | n/a | 80.18 | 80.18 |
| ANDRE RICARDO DETORIAS | Class 5 | 11/27/20 | n/a | 78.40 | 78.40 |
| JDE CONSTRUCTION INC | Class 5 | 11/27/20 | n/a | 78.24 | 78.24 |
| DANGEROUS MINDS CUSTOM FABRICATIO | Class 5 | 11/27/20 | n/a | 77.51 | 77.51 |
| GRANT THORNTON LLP | Class 5 | 11/27/20 | n/a | 76.92 | 76.92 |
| RUSSELL REID | Class 5 | 11/27/20 | n/a | 74.77 | 74.77 |
| AIRE-RITE AIRCONDITIONING | Class 5 | 11/27/20 | n/a | 74.01 | 74.01 |
| PACIFIC BOILER & MECHANICAL INC | Class 5 | 11/27/20 | n/a | 73.71 | 73.71 |
| SOUTHERN GLAZERS OF FL | Class 5 | 11/27/20 | n/a | 73.52 | 73.52 |
| AMERICAN GROUP LLC | Class 5 | 11/27/20 | n/a | 71.89 | 71.89 |
| VIASAT INC | Class 5 | 11/27/20 | n/a | 71.12 | 71.12 |
| CHRISTIAN BROTHERS PLUMBING | Class 5 | 11/27/20 | n/a | 70.82 | 70.82 |
| STONER BUNTING ADVERTISING | Class 5 | 11/27/20 | n/a | 70.77 | 70.77 |
| MATHESON TRI GAS INC | Class 5 | 11/27/20 | n/a | 70.08 | 70.08 |
| AMERITECH FACILITY SERVICES | Class 5 | 11/27/20 | n/a | 69.58 | 69.58 |
| NATIONAL CHECKING COMPANY | Class 5 | 11/27/20 | n/a | 69.19 | 69.19 |
| DAY & NITE ALL SERVICE FLA LLC | Class 5 | 11/27/20 | n/a | 68.92 | 68.92 |
| FLYING LOCKSMITH | Class 5 | 11/27/20 | n/a | 68.44 | 68.44 |
| IMAGE SOLUTIONS INC | Class 5 | 11/27/20 | n/a | 68.44 | 68.44 |

## CHAPTER 11 POST-CONFIRMATION
## PAYMENTS TO CREDITORS UNDER THE PLAN - GENERAL UNSECURED
### November 02, 2020 TO January 03, 2021

| Creditor | Class | Date of Transaction | Next Payment Due [1] | Current Quarter | Confirmation to Date |
|---|---|---|---|---|---|
| ANDREWS REFRIGERATION INC | Class 5 | 11/27/20 | n/a | 68.29 | 68.29 |
| MANKUTA GALLAGHER & ASSOCIATES INC | Class 5 | 11/27/20 | n/a | 67.95 | 67.95 |
| STEAMIN UP/ MICHAEL GHIGLIERI | Class 5 | 11/27/20 | n/a | 67.82 | 67.82 |
| COMMERCIAL CUSTOM SEATING & UPHOL | Class 5 | 11/27/20 | n/a | 67.28 | 67.28 |
| S M SOLUTIONS C/O YUNG MU | Class 5 | 11/27/20 | n/a | 66.83 | 66.83 |
| NUCO2 INC | Class 5 | 11/27/20 | n/a | 65.28 | 65.28 |
| CYXTERA COMMUNICATIONS LLC | Class 5 | 11/27/20 | n/a | 63.84 | 63.84 |
| SOCAL HOODS | Class 5 | 11/27/20 | n/a | 63.42 | 63.42 |
| ACE TEMPERATURE CONTROL INC | Class 5 | 11/27/20 | n/a | 63.40 | 63.40 |
| RACE COMMUNICATIONS | Class 5 | 11/27/20 | n/a | 62.01 | 62.01 |
| VERIZON WIRELESS | Class 5 | 11/27/20 | n/a | 61.62 | 61.62 |
| MID CITY RESTAURANT SUPPLY | Class 5 | 11/27/20 | n/a | 61.04 | 61.04 |
| QOVO SOLUTIONS INC | Class 5 | 11/27/20 | n/a | 60.44 | 60.44 |
| SMG FOOD AND BEVERAGE LLC | Class 5 | 11/27/20 | n/a | 58.12 | 58.12 |
| 808 PLUMBING AND SERVICES | Class 5 | 11/27/20 | n/a | 56.71 | 56.71 |
| GASKETS ROCK LLC | Class 5 | 11/27/20 | n/a | 56.54 | 56.54 |
| GRANITE TELECOMMUNICATIONS LLC | Class 5 | 11/27/20 | n/a | 56.54 | 56.54 |
| FIX AND FINISH LLC | Class 5 | 11/27/20 | n/a | 55.03 | 55.03 |
| PETER R DES FOSSES C/O PETERS CARPE | Class 5 | 11/27/20 | n/a | 54.75 | 54.75 |
| CARPET N CLEANING COMPANY | Class 5 | 11/27/20 | n/a | 54.66 | 54.66 |
| ABOUT TIME PLUMBING & DRAIN CLEANING | Class 5 | 11/27/20 | n/a | 54.15 | 54.15 |
| A & F WATER HEATER & SPA SERVICE INC | Class 5 | 11/27/20 | n/a | 53.14 | 53.14 |
| SHAKER RECRUITMENT ADVERTISING AND | Class 5 | 11/27/20 | n/a | 52.39 | 52.39 |
| STANDARD PARKING INC | Class 5 | 11/27/20 | n/a | 52.27 | 52.27 |
| SHATIN COMMERCIAL INTERIORS | Class 5 | 11/27/20 | n/a | 51.67 | 51.67 |
| BAKER COMMODITIES INC | Class 5 | 11/27/20 | n/a | 51.06 | 51.06 |
| TRINTECH INC | Class 5 | 11/27/20 | n/a | 50.98 | 50.98 |
| AKAMAI GLASS COMPANY INC | Class 5 | 11/27/20 | n/a | 50.74 | 50.74 |
| SOUTHERN GLAZERS WINE AND SPIRITS C | Class 5 | 11/27/20 | n/a | 50.57 | 50.57 |
| | | | TOTAL | $ 638,477.06 | $ 638,477.06 |

(1) The claims reconciliation process is on-going. A subsequent interim distribution will be made once the majority of general unsecured creditors are fully reconciled (anticipated March 2021).